**Bernard DOLENZ, Trustee,
Plaintiff–Appellant**

v.

**WTG GAS PROCESSING, L.P.; Vealmoor GP, Inc., Defendants–Cross–Claimants–Appellees**

**United States of America, Cross–Defendant–Appellee**

**J. Baxter Brinkmann, Intervenor
Plaintiff–Appellee.**

No. 09–50302
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2009.

Bernard J. Dolenz, Trustee, Dallas, TX, pro se.

Mitchell L. Weidenbach, Susan B. Biggs, U.S. Attorney's Office, San Antonio, TX, for Cross–Defendant–Appellee.

Michael T. Morgan, Janet R. Pritchett, Bullock, Scott & Neisig, Midland, TX, for Defendants–Cross–Claimants–Appellees.

Michael Gideon Brown, Lance Vernon Clack, Figari & Davenport, Dallas, TX, for Intervenor Plaintiff–Appellee.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Bernard Dolenz, Trustee, proceeding pro se, appeals from the Amended Final Judgment of the district court filed June 30, 2009. Our pains-

taking review of the extensive record on appeal in this case, and of the facts and law as set forth in the briefs of the parties, satisfies us that the district court's judgment is, in all respects, correct and fully supported by the applicable law, and that the myriad claims and assertions of Plaintiff–Appellant Dolenz are wholly lacking in merit, to the point of frivolousness and approaching sanctionability. Therefore, for essentially the same reasons expressed by the district court, its Amended Final Judgment, and all other rulings and orders of which Plaintiff–Appellant complains, are

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.